1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ANTHONY  BURRIOLA,                    )
                                      )
            Petitioner,               )       3:13-cv-0574-RCJ-VPC
                                      )
vs.                                   )       **ORDER**
                                      )
ISIDRO BACA, *et al.*,                )
                                      )
            Respondents.              )
_____/

      Anthony Burriola, a Nevada prisoner currently being held in Ely State Prison, has filed a petition for writ of habeas corpus (ECF No. 1-1).  He has paid the filing fee (ECF No. 3).

      Petitioner attacks a prison disciplinary conviction which, he alleges, resulted in a sentence of four years in solitary confinement and lost of statutory time credits.  Petitioner has not used the proper form as his petition must be brought pursuant to 28 U.S.C.§ 2254. *See* LSR 3-1. The clerk will be directed to send petitioner the proper form and petitioner will be given an opportunity to amend.

      **IT IS THEREFORE ORDERED** that the clerk shall retain the petition, but not file it at this time.

      **IT IS FURTHER ORDERED** that the Clerk shall **SEND** petitioner the approved form for filing a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, as well as the document "Information and Instructions for Filing a Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254."  Petitioner is **GRANTED thirty (30)** days from the date of the entry of this order within

1   which to file an amended petition with this Court.  Petitioner's failure to file an amended petition, on

2   the approved form provided by this Court including all the necessary information and

3   documentation, may result in dismissal of this action.

4          Dated this 30th day of October, 2013.

5

6                                         _____

7                                         UNITED STATES CHIEF DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26