AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF  NEVADA

ANTHONY BURRIOLA,

      Petitioner,

V.

      JUDGMENT IN A CIVIL CASE

CASE NUMBER: 3:13-cv-00574-RCJ-VPC

ISIDRO BACA, et al.,

      Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Second Amended Petition for a Writ of Habeas Corpus (ECF No. 8) is **DENIED**.

    **IT IS FURTHER ORDERED AND ADJUDGED** that a certificate of appealability is **DENIED**.

March 6, 2017                 **DEBRA K. KEMPI**
                                            Clerk

                                          /s/ K. Walker
                                          Deputy Clerk